## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**PATRICIA KENNEDY,**                                    :
                                                         :
             Plaintiff,        :
                                                         :
v.                                                       :
                                                         : **Case No: 8:20-367**
                                                         :
**NISHA, INC.,**                                         :
                                                         :
             Defendant,        :
                                                         :
_____/                       :

## PLAINTIFF'S  CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

       I hereby certify as follows:

       1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publically-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Philip Michael Cullen, III, Esq.

Philip Michael Cullen, III, Chartered

Patricia Kennedy,   (Plaintiff)

Nisha, Inc.,  (Defendant)

       2.  The name of every other entity whose publically-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

       None other than the Defendant.

3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy proceedings:

None other than the Defendant.

4.   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Patricia Kennedy

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on February 17, 2019.

*/s/Philip Michael Cullen, III*
Fla. Bar No: 167853
**PHILIP MICHAEL CULLEN, III**
**Attorney at Law – Chartered**
621 South Federal Highway, Suite Four
Fort Lauderdale, FL 33301
ph. (954) 462-0600
fax (954) 462-1717
CULLENIII@aol.com