**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PATRICIA KENNEDY**,

Plaintiff,

v.

**NISHA, INC**.,

Defendant,

Case No: 8:20-cv-367

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X___ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court or administrative agency as indicated below:

*Kennedy v. Nisha, Inc*., case no: 0:19-cv-62732-AHS (S.D. Fla)

___ IS NOT related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court or administrative agency

[SIGNATURE FOLLOWS]

/s/ *Philip Michael Cullen, III, Esq*.
PHILIP MICHAEL CULLEN, III
Chartered
Fla. Bar No: 167853
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on February 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ *Philip Michael Cullen, III, Esq*.