UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRICIA KENNEDY, Individually,

    Plaintiff,

v.      Case No. 8:20-cv-367-T-02CPT

NISHA, INC. d/b/a LAKE IDA
BEACH RESORT,

    Defendant.
_____/

## DEFENDANT NISHA, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

Defendant NISHA, INC. d/b/a LAKE IDA BEACH RESORT ("Nisha, Inc."), by and through its undersigned counsel, moves for an extension of time up to and including June 15, 2020 to submit its responses to Plaintiff's discovery requests, and states:

1. On or April 14, 2020, Plaintiff served Request for Production, Interrogatories, and Requests for Admission upon Nisha, Inc. ("Discovery Requests").

2. From April 14, 2020 through May 13, 2020 the undersigned has been working diligently on responses to the Plaintiff's request. However, due to the coronavirus, Nisha, Inc. has been shut down for months.

3. The Defendant had emergency issues related to closure and its employees.

4. The Discovery Requests call for information potentially related to third parties not in the control of Defendant, and communication has been difficult during these times.

5. Given these challenges, it has been difficult to obtain all the relevant documents and information relating to Plaintiff's discovery requests.

6.	For the above reasons, Defendant respectfully requests a brief 30-day extension of time to respond to Plaintiff's requests up to and including June 15, 2020.

7.	This is a first-time request and not sought to unreasonably delay the matter.

8.	Given that Nisha, Inc's Motion to Dismiss [Doc. 11] remains pending and the discovery deadline is August 3, 2020 [Doc. 13], there is no prejudice to Plaintiff if the request for an extension is granted.

Wherefore, Defendant Nisha Inc. respectfully requests that the Court grant it a 30-day extension of time within which to respond to the Discovery Requests through and including June 15, 2020, and such other relief as is just and proper.

## STATEMENT OF COMPLIANCE WITH LOCAL RULE 3.01(g)

The undersigned conferred in good faith with counsel for Plaintiff concerning the relief sought in this motion and Plaintiff does not agree to the relief sought.

DATED this 14th day of May, 2020.

Respectfully submitted,

SPIRE LAW, LLC
12249 Science Drive, Suite 155
Orlando, Florida 32826

By:	s/Heather M. Meglino, Esq.
	Heather M. Meglino, Esq.
	Florida Bar No. 091857
	heather@spirelawfirm.com
	brook@spirelawfirm.com

Attorney for Defendant | NISHA, INC. D/B/A LAKE IDA BEACH RESORT

**CERTIFICATE OF SERVICE**

    **I hereby certify** that on this 14th day of May, 2020, I furnished a copy of the foregoing by email to: Philip Michael Cullen, III, at CULLENNIII@aol.com at 621 South Federal Highway, Suite Four, Fort Lauderdale, FL 33301.

                                                            */s/Heather M. Meglino, Esq.*
                                                              Attorney

www.spirelawfirm.com
Employment Attorneys